# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**MATTHEW ZILER**

**VERSUS**

**USA ET AL**

**CASE NO.  6:21-CV-01697**

**JUDGE ROBERT R. SUMMERHAYS**

**MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

The present matter before the Court is an Objection filed by the United States to the Report and Recommendation ("R&R") [ECF No. 16] by the Magistrate Judge with regard to the United States' Motion to Dismiss for Lack of Jurisdiction [ECF No. 3]. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Court declines to adopt the R&R's recommendation with respect to Ziler's personal injury claim. The Court adopts the R&R in all other respects. Accordingly, the Court **GRANTS** the United States' Motion to Dismiss for Lack of Jurisdiction [ECF No. 3] in its entirety and orders that the case be **DISMISSED**.

THUS DONE in Chambers on this 1st day of July, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE